In re the MARRIAGE OF Richard L. PUERTA, Petitioner/Respondent,

and

Karen R. Puerta, Respondent/Appellant.

No. 62172.

Missouri Court of Appeals,
Eastern District,
Division One.

Dec. 22, 1992.

Motion for Rehearing and/or Transfer to
Supreme Court Denied
Feb. 10, 1993.

Michael B. Stern, Richard W. Fischer, Mertz, Stern, Frapolli & Steiger, St. Louis, for respondent/appellant.

Joel D. Brett, Barklage, Barklage, Haywood & Brett, P.C., St. Charles, for petitioner/respondent.

### ORDER

PER CURIAM.

Wife appeals the dismissal of her Rule 74.06 motion wherein she sought to set aside a dissolution decree because husband had allegedly committed fraud in procuring wife's compliance with the terms of the settlement agreement and the dissolution. We affirm. The findings and conclusions of the motion court are not clearly erroneous, and an extended opinion would have no precedential value. The parties have been furnished with a memorandum for their information only, setting forth the reasons for this order affirming the judgment pursuant to Rule 84.-16(b).

■

CITY OF ARNOLD, Respondent,

v.

Bulis J. ORR, Appellant.

No. 62555.

Missouri Court of Appeals,
Eastern District,
Division One.

June 22, 1993.

Bulis J. Orr, pro se.

George B. McElroy, Hillsboro, for respondent.

Before AHRENS, P.J., and REINHARD and CRIST, JJ.

### ORDER

PER CURIAM.

Defendant appeals from a conviction for failure to yield the right-of-way. We affirm per Rule 30.25(b). The evidence is sufficient to support the verdict, and no error of law appears. No jurisprudential value would be served by an opinion. The parties have been furnished with a memorandum for their information, only.